# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 1982 | **DATE** | 5/11/2010 |
| **CASE TITLE** | Jackson vs. DePaul | | |

**DOCKET ENTRY TEXT**

The Court construes plaintiff's letter [doc. no. 8] as an amended application to proceed *in forma pauperis* ("IFP") and a renewed motion for appointment of counsel. The Court grants the amended IFP application and instructs the Clerk to issue summons to the U.S. Marshal for service. However, the Court denies without prejudice plaintiff's renewed motion for appointment of counsel. There is no constitutional or statutory right to counsel in a civil case, *see McKeever v. Israel*, 689 F.2d 1315, 1318 (7th Cir. 1982), and plaintiff's complaint shows that she is capable, at least at this stage of the case, of presenting her claims.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 1982 | **DATE** | 5/11/2010 |
| **CASE TITLE** | Jackson vs. DePaul | | |

**DOCKET ENTRY TEXT**

The Court construes plaintiff's letter [doc. no. 8] as an amended application to proceed *in forma pauperis* ("IFP") and a renewed motion for appointment of counsel. The Court grants the amended IFP application and instructs the Clerk to issue summons to the U.S. Marshal for service. However, the Court denies without prejudice plaintiff's renewed motion for appointment of counsel. There is no constitutional or statutory right to counsel in a civil case, *see McKeever v. Israel*, 689 F.2d 1315, 1318 (7th Cir. 1982), and plaintiff's complaint shows that she is capable, at least at this stage of the case, of presenting her claims.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|