AK/REY/JHL/sjj                                                                                              8-74-1-5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MESUE JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| and | ) | No. 10 cv 1982 |
| | ) | Judge Ronald A. Guzman |
| DEPAUL UNIVERSITY, incorrectly named | ) | |
| as DEPAUL COLLEGE OF LAW, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF ELECTRONIC FILING

TO:   Ms. Mesue Jackson
       168 Heritage Lane
       Streamwood, IL 60107

PLEASE TAKE NOTICE that on the 14th day of June, 2010, there was electronically filed with the U.S. District Court for the Northern District of Illinois, Eastern Division, on behalf of Defendant DEPAUL UNIVERSITY, its **Defendant's Disclosure Statement, Appearance of Counsel, and Defendant's Memorandum in Support of Its Rule 12(b)(1) and 12(b)(6) Motion to Dismiss.**

                                                            Respectfully submitted,

                                                            KOPON AIRDO, LLC

                                                        By: /s/ Rachel E. Yarch
                                                            Attorney for the Defendant

Rachel E. Yarch
Jacqueline H. Lower
KOPON AIRDO, LLC
233 South Wacker Drive, Suite 4450
Chicago, Illinois 60606
312/506-4450
312/506-4460 Fax

## **CERTIFICATE OF SERVICE**

      I, the undersigned attorney, certify that I served the foregoing Notice of Electronic Filing and the document referred to therein by filing all documents electronically via the CM/ECF electronic filing system of the United States District Court for the Northern District of Illinois on June 14, 2010, which will cause the document to be electronically sent to all parties of record.

                                                /s/ Rachel E. Yarch