AK/REY/JHL/mwt                                                    8-74-1-5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MESUE JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| and | ) | No. 10 cv 1982 |
| | ) | Judge Ronald A. Guzman |
| DEPAUL UNIVERSITY, incorrectly | ) | |
| named as DEPAUL COLLEGE OF | ) | |
| LAW, | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED PROPOSED SCHEDULING ORDER

NOW COME the Plaintiff, Mesue Jackson, and the Defendant, DePaul University, incorrectly named as DePaul College of Law, by and through its attorneys, Kopon Airdo, LLC, and for their Agreed Proposed Scheduling Order, state as follows:

1.    **Discovery**

The following time limits and deadlines shall be applicable.

A.    All disclosures required by Rule 26(a)(1) shall be made on or before July 20, 2010.

B.    Any amendments to pleadings or actions to join other parties shall be filed on or before August 3, 2010.

C.    The cutoff of fact discovery is January 6, 2011.

1

D.      The parties shall disclose expert testimony pursuant to Rule 26(a)(2)

on or before January 27, 2011.

E.      The parties may depose the other side's expert at any time prior to

February 28, 2011.

F.      The parties shall disclose any rebuttal expert pursuant to Rule

26(a)(2)(c) at any time prior to March 28, 2011.

G.      The parties shall have until April 28, 2011 to depose the opposing

party's rebuttal expert.

2.      **Motions**

A.      Any dispositive motions to be filed on or before February 7, 2011.

3.      **Final Pretrial Order and Conference**

A.      The final pretrial order shall be filed on or before May 9, 2011.

B.      The final pretrial conference will be held on _____

at _____.m. (This date and time will be set by the Court at

the Rule 16 conference.)

4.      **Trial**

A.      Trial is set in this matter on _____ at 10:00 a.m.

The trial date will be set by the Court at the Rule 16 conference.)

5.      **Status Hearings**

A.      A further status hearing/preliminary pretrial conference should be

held on: none.

MESUE JACKSON                              DEPAUL UNIVERSITY

By:    /s/ Mesue Jackson              By:    /s/ Rachel E. Yarch

       Plaintiff                             One of its Attorneys
       168 Heritage Lane                     Kopon Airdo, LLC
       Streamwood, IL                        233 South Wacker Drive
       847/893-6565                          Suite 4450
                                             Chicago, IL  60606
                                             312/506-4450
                                             312/506-4460 Fax