*M H N*

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Plaintiff(s)

Mesue Jackson

**F I L E D**

7-9-2010

JUL - 9 2010

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

V.

Defendant(s)

DePaul University, The College of Law Division

*10 CV 1982*

Case Number: 10 CV 1982

Honorable:
Judge: Guzman

## MOTION FOR APPOINTMENT OF COUNSEL

**[NOTE: Failure to complete all items in this form may result in the denial of this motion]**

1.  I, Mesue Jackson , declare that I am the (check appropriate box)

    ☒ plaintiff  ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2.  In support of my motion, I declare that I have contacted the following attorneys/organizations seeking representation (NOTE: **This item must be completed**):

    I have contacted various attorneys and organizations who stated they were not experienced in handling a specialized case, such as this one.

    but I have been unable to find an attorney because:

    This is a specialized case.

3.  In further support of my motion, I declare that (check appropriate box):

    ☐ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

    ☐ I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4.  In further support of my motion, I declare that (check appropriate box):

    ☐ I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

    ☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

    ☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. ☐ (Check one box) In further support of my motion, I declare that my highest level of education is:

☐ Grammar school only    ☐ Some high school    ☐ High school graduate

☐ Some college    ☒ College graduate    ☐ Post-graduate

6. ☐ (Check **only** if applicable) In further support of my motion, I declare that my ability to speak, write, and/or read English is limited because English is not my primary language

7. ☐ (Check **only** if applicable) In further support of my motion, I declare that this form and other complaint forms were prepared with the help of an attorney from the U.S. District Court *Pro Se* Assistance Program.

8. I declare under penalty that the foregoing is true and correct.

_Mesue Jackson_
Movant's Signature

_168 Heritage Ln._
Street Address

_7/9/10_
Date

_Streamwood, Il 60107_
City, State, ZIP

Revised 3/9/09

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| Assigned Judge: | | Case Number: | |
|---|---|---|---|
| Case Title: | | | |
| Appointed Attorney's Name: | | | |
| If this case is still pending, please check box | ☐ | | |

| Assigned Judge: | | Case Number: | |
|---|---|---|---|
| Case Title: | | | |
| Appointed Attorney's Name: | | | |
| If this case is still pending, please check box | ☐ | | |

| Assigned Judge: | | Case Number: | |
|---|---|---|---|
| Case Title: | | | |
| Appointed Attorney's Name: | | | |
| If this case is still pending, please check box | ☐ | | |

5. ☐ (Check one box) In further support of my motion, I declare that my highest level of education is:

☐ Grammar school only   ☐ Some high school   ☐ High school graduate

☐ Some college   ☐ College graduate   ☐ Post-graduate

6. ☐ (Check only if applicable) In further support of my motion, I declare that my ability to speak, write, and/or read English is limited because English is not my primary language

7. ☐ (Check only if applicable) In further support of my motion, I declare that this form and other complaint forms were prepared with the help of an attorney from the U.S. District Court *Pro Se* Assistance Program.

8. I declare under penalty that the foregoing is true and correct.

_____   _____
Movant's Signature                Street Address

_____   _____
Date                              City, State, ZIP

Revised 3/9/09

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐