# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Mesue Jackson

                 Plaintiff,

v.                                                Case No.: 1:10–cv–01982
                                                Honorable Ronald A. Guzman

DePaul College of Law

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 15, 2010:

      MINUTE entry before Honorable Ronald A. Guzman: Motion by Plaintiff Mesue Jackson for appointment of counsel [29] is denied for the reasons set forth in the 5/11/10 order [9]. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.