FILED
OCT 12 2010 RC
Oct 12 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MESUE JACKSON,

Plaintiff,

V.

DePaul University, the College of Law Division,

Defendant,

No. 10 CV 1982
Honorable Judge Ronald A. Guzman

**PLAINTIFF'S RESPONSE TO THE JUDGES DECISION TO GRANT DEPAUL UNIVERSITY COLLEGE OF LAW'S MOTION TO DISMISS**

NOW COMES the Plaintiff, Mesue Jackson's (pro *se*) response to Judge Ronald A. Guzman's decision to grant the defendant DePaul University College of Law's Motion to dismiss my civil case. I totally disagree with the decision, and I feel that I did not get a fair opportunity to prove that the defendant violated my civil rights. Throughout this whole process my physical limitations as a disabled person was ignored in this civil process, the same way it was ignored when I applied to the defendant's law school. As a physically disabled person in accordance with the ADA, I have limitations, and should have been given the proper legal representation to ensure that my case was represented properly. However, I feel that Judge and defendant use my inexperience or lack of knowledge of certain court terminology, and the inability to obtain legal advice from the free attorney due to frequent deadlines to respond, was used against me.

In addition, I feel the defendant, as well as the other defendants in my other civil cases kept wrongfully bringing up the other cases that were being pursued for civil injustices, which I feel impacted and prevented me from getting a fair trial. Yes, it was true that I filed civil cases

against seven law schools in Illinois, but each case that I filed against each law school was because of their individual negligence that the Office of Civil Rights Investigators informed me that they stated to them for reasons why they wrongfully denied me admissions. In addition, these statements they made to OCR investigators were not based upon the standards that the defendant's promote publicly, nor based upon standards that were fair. The defendant took advantage of my limitations as a disabled person, and intentionally denied me admissions and stated that I was "uncompetitive" as a cover up to "window dress" their bias. The proof that I had, clearly showed that I was qualified for admissions, and that is why the defendant (and other defendant's in my other civil cases) were requesting the Judge to dismiss my case before I had a fair opportunity to prove their negligence in a trial. If the defendant was so innocent, they would have been willing to let me prove my case in trail.

Also, as far as the defendant and other defendants in my other civil cases, I brought a civil suit against each of their law schools for what I believe to be a violation of my civil rights; in which, they all are banking on getting the other Judges to dismiss my civil cases against them because of the Judge who ruled in favor of U of C law school (Motion to Dismiss). However, I am going file an appeal because I went to only one court hearing for U of C, and the defendant stated to me after court that the Judge was going to rule in their favor, because out of all his twenty years of being an attorney, students who pursued law schools for injustices never won. So, I was advised to drop the case. Well, I guess the attorney was right, because the Judge did not give me a fair opportunity to prove my case. Therefore, if the attorney for U of C never witnessed any students rights being protected by the courts for injustices in all his twenty years of being an attorney, well, I guess the defendant and the other law schools I am pursuing would

feel confident about doing injustices to prospective students of their choice, and wrongfully denying qualified students admissions, if the court keeps upholding them in their wrongness.

In addition, for the record, the Judge from U of C stated that my case was dismissed because I stated that the defendant use normal admissions standards. I was repeating what the OCR investigators stated that the defendants used before the OCR investigators overturned their original decision, because I certainly did not believe the defendants (none of them) were fair when deciding my application. This is another reason, why I should have had proper legal representation and help in pursuing my civil cases, because I have physical limitations that were ignored and overlooked at each of these defendant's law schools when I applied for admissions, as well as in the court proceedings. As an individual whose civil rights were violated by these law schools, the Judge failed to take into consideration that I had to respond to all seven of these law schools at the same time, and without proper legal representation or assistance.

In addition, as a individual who has been deeply scared by the defendant and all of the law schools that I am pursuing, my emotional stated have been affected, and having to keep repeating what each of them did to intentionally harm me, and having to respond to different court orders and demands from all the courts at one time, for each case, was too much on me as a disabled person. And, I could have easily made a mistake in any statements where I had to tell what wrongfully happened to me, due to the emotional stress and injuries that I have already experienced due to the defendant's negligence, and due to the pain that I am already enduring as a disabled person period. For those reasons, I feel the Judge from the U of C case was wrong for favoring the defendant when the documents from Office of Civil Rights Investigators at The Department of Education, clearly stated what each law school gave them for reasons for denying me admissions, which were not fair admissions standards (clearly bias). Thus, I do not feel that

the Judge's decision from U of C warrants the defendant and other laws schools I am pursuing in separate civil cases for injustice to follow suit, because they all stated different reasons to the OCR investigators, the reason they all are being pursued separately.

In addition, I feel that the defendant and the other defendants in my other cases, should not have the right, or have had the right to keep bringing up my other civil cases, and should have been made to focus on the civil injustice that I was pursuing against them. If the defendant (or any of the other defendant's I am pursuing) were innocent, then they would not have had a problem letting my case go to trial to prove they wronged me. For that reason, I believe that this civil case was handled in the best interest of the defendant instead of in my best interest, as a victim, as a person without any legal experience, and as a person who has limitations as a disabled person.

My legal disability documentation states that whenever I am confronted with multiple situations at one time, it causes me to withdraw. And, this is exactly what happened to me when I went to take the LSAT exam (I was confronted with multiple things at one time), and the same thing is happening again to me, when the entire defendants in all my seven civil cases are demanding me to be at different court dates, and to provide different responses and legal documents with short and similar deadlines to produce information to the court, was overwhelming for me as a disabled person. And, this could even be overwhelming for a non-disabled person who is pursuing seven law schools for injustices at one time without any proper legal assistance or representation. And, that is why whenever I have to keep writing what the defendant (and all of these laws I am pursuing) did to me, it causes me to make mistakes when I have to keep writing and reliving what the defendants at these laws did to me. Therefore, I do not feel that the Judge from U of C should have used that statement against me to deny my case,

because the OCR investigators is the ones that stated the defendant used normal admissions standards (as a way to take up for the defendants), but later on overturned their initial decision and stated otherwise. For that reason, the defendant and all the law schools are trying to get the Judges to dismiss my case on those grounds, but it is not right, nor fair for them to be able to get away with the harm they caused to me.

Anyhow, I do not agree with the Judge's ruling, and I do not believe that I was given a fair opportunity to prove or win my case. So, just in case if my case is not reopened, these are my closing remarks about the injustice that the defendant (and other law schools that wronged me) caused. I feel I was taken advantage of because I am a physically disabled person with limitations, and the fact that the demands from the court along with small timeframes to produce certain information, without having the proper knowledge or legal assistance (I asked for the court to appoint me legal representation, but that was not granted) to help me submit the right information to help me prove my case, was used against me.

In closing, how can a defendant win a case by going against the ABA's rules and regulations surrounding a prospective student's work history and LSAT score? And, get away with wrongfully defaming and judging an individual and the schools they attended, and withhold somebody back from their right to receive an education for their pursuit of happiness, because they are bias against a person. I had already had something ripped from me when someone left me permanently physically disabled. And, how would you like it if you pursued something through adverse situations, and then somebody take something away you struggled and was struggling to obtain, and then tell you that you were nothing, and that everything you did to pursue whatever you were pursuing, was in vain (for nothing).

So, I guess I am supposed to just forget about all the hard work, time and effort, and money that I owe for student loans, while being in pain. And, just except that as an American citizen I do not have the right to pursue an area of education of my choice, nor is my life valuable in the judicial system because someone just don't like me because of their individual bias. In addition, as a overly qualified physically disabled black woman, I was denied admissions to some law schools that together represent only 2.9% black law students in Illinois period, and I am supposed to feel the judicial system is equal for all, when these law schools keep getting away with denying qualified minorities admissions into law school. Yet, each of these law schools are claiming to support a diversified pool of candidates, but their current student body clearing shows their preference.

Thus, for those reasons, I do not, and absolutely do not, want to attend the defendant's law school. And, I know I initially asked for a full scholarship and for my student loans to be paid, but in reality there is nothing and absolutely nothing, that the defendant and any of these law schools could teach me if they are participators' and promoters' of injustices. The only restitution that they could provide at this point is payment for my wasted student loans, time and effort, as well as payment for all the mental and physical stress that they caused me, as a result of their negligence.

I mean, If this is the type of judicial system that DePaul (U of C and the other law schools that I am pursuing) and their legal education promotes, which is falsely promoting diversity so they can obtain a prospective students race, and implementing false admissions standards that they use to deny qualified students because of their individual biases, and utilizing LSAT scores to weed out who they don't want, then I do not want it. Because the truth of the matter is, they could not teach me a thing, because I am for an honest and fair judicial system for

all. And, to me, justice is "colorblind" and does not fail us, but it is the implementers of justice that fail us. Therefore, for those purposes, if I lose my case, I am still a winner, because I stood up against an injustice that has been unfairly denying qualified minority students for the longest, and I awoke a sleeping giant. I might lose, but one thing is for sure, I did my part to fight for equality for myself, and for the next generations under me. And, when someone does wrong, and continues to get away with it, things will only get worse until the wrong is corrected and made right. For those reasons, the defendant might have gotten away with their actions again, but one day someone is going to come along and pick up where I left off, and achieve justice for all those years that they unfairly denied and cause mental and financial damages to all minority prospective students who were qualified and wrongfully denied admissions, and denied their right as an American citizen, to finish pursuing an educational goal that they started.

Sincerely,

Mesue Jackson

Mesue Jackson, *pro se*
168 Heritage Lane
Streamwood, IL 60107
Phone: 847-893-6565
Email: jacksonmesue@yahoo.com